# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

FILED
WILKES BARRE
SEP 14 2021
PER_____
DEPUTY CLERK

| | | |
|---|---|---|
| NICOLE MARIE PALMER, | : | |
|     Plaintiff, | : | NO. 3:21-CV-00458 |
| | : | |
| -vs- | : | (SAPORITO, M.J.) |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of | : | |
| Social Security,[1] | : | |
|     Defendant. | : | [FILED VIA ECF] |

## ORDER

AND NOW, this **14th** day of **September**, 2021, upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, Nicole Marie Palmer, is awarded One Thousand Two Hundred Eighty-Nine Dollars and 50/100 Cents ($1,289.50) in attorney fees under EAJA. The attorney fees will be paid directly to Plaintiff, Nicole Marie Palmer, and sent to the business address of Plaintiff's counsel, Patrick J. Best, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying,

---

1    Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO
United States Magistrate Judge